

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2022

No. 04-21-00437-CV

**IN THE INTEREST OF N.L.B.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-13937
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Appellant Lynn Marie Formann's brief was originally due on December 30, 2021. After we granted Appellant's first and second motions for extensions of time to file the brief, it was due on March 30, 2022. *See* TEX. R. APP. P. 38.6(d). On April 11, 2022, Appellant filed a letter seeking additional time to file the brief until April 25, 2022.

In our April 19, 2022 order, we set the brief due on April 25, 2022, and we warned Appellant as follows: "Absent extenuating circumstances, no further extensions of time to file Appellant's brief will be granted. **If Appellant fails to file the brief by April 25, 2022, this court may dismiss this appeal for want of prosecution.**"

Despite our written warning, on April 22, 2022, Appellant filed a fourth motion for extension of time to file the brief. She requested an extension of time to file the brief until May 24, 2022.

Appellant's motion for an extension of time to file the brief is **denied**.

**We order Appellant to file her brief and show cause in writing within ten days of the date of this order why this appeal should not be dismissed for want of prosecution.** *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to file her brief and show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2022.

Michael A. Cruz,
Clerk of Court